AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

SUSAN SIMON, individual, on behalf of herself and all others similarly situated,

Plaintiff

v.

Adzilla, Inc. [New Media], a Delaware Corporation;
[See additional defendants listed on Attachment A]

Defendant

E-filing

Civil Action No.
C09-00879 MMC

**Summons in a Civil Action**

To: Continental Visinet Broadband, Inc., a Delaware Corporation

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Alan Himmelfarb
KamberEdelson, LLC
2757 Leonis Blvd.
Vernon, California 90058-2304
Telephone: (323) 585-8696
ahimmelfarb@kamberedelson.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: FEB 2 7 2009

**KELLY COLLINS**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*