Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
Owen J. Rescher [SBN 214678] (orescher@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
CONDUCIVE CORPORATION

Alan Himmelfarb [SBN 90480] (ahimmelfarb@kamberedelson.com)
KAMBEREDELSON, LLC
2527 Leonis Boulevard
Vernon, CA 90058
Telephone: (323) 585-8696

Attorneys for Plaintiff
SUSAN SIMON, individual, on behalf of
herself and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ADZILLA, INC (NEW MEDIA), *et al.* <br><br> Defendants. | Case No.: 3:09-cv-00879 MMC <br><br> **STIPULATION EXTENDING THE TIME BY WHICH DEFENDANT CONDUCIVE CORPORATION MUST RESPOND TO THE COMPLAINT** <br><br> **Complaint filed: Feb. 27, 2009** |

IT IS HEREBY STIPULATED by and between:

Plaintiff Susan Simon, individual, on behalf of herself and all others similarly situated ("Plaintiff"), and defendant Conducive Corporation, through their undersigned counsel, as follows:

1. Plaintiff filed her Complaint in this action against defendant Conducive

1 | Corporation and other defendants on February 27, 2009.

2 |     2.    Plaintiff and defendant Conducive Corporation agree to extend the deadline by which defendant Conducive Corporation must respond to Plaintiff's Complaint in this action from March 26, 2009, to and including April 24, 2009.

    3.    This stipulation will not alter the date of any event or any deadline already fixed by Court Order.

**IT IS SO STIPULATED.**

Dated: March 26, 2009          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By:   /s/_____
       OWEN J. RESCHER
       Attorneys for Defendant
       Conducive Corporation

Dated: March 26, 2009          KAMBEREDELSON, LLC

By:   /s/_____
       ALAN HIMMELFARB
       Attorneys for Plaintiff
       Susan Simon, individual, on behalf of herself and all others similarly situated[1]

---

[1] Concurrence in the filing of this document has been obtained by counsel for defendant Conducive Corporation.