Martin L. Fineman (CA State Bar No. 104413)
Joseph E. Addiego III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com
joeaddiego@dwt.com

Attorneys for Defendant
CONTINENTAL VISINET BROADBAND, LLC,
Erroneously sued as CONTINENTAL VISINET BROADBAND, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individually, on behalf of herself and all others similarly situated, | Case No. C09-00879 MMC |
| Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| ADZILLA, INC.; CONDUCIVE CORPORATION; CONTINENTAL VISINET BROADBAND, INC.; CORE COMMUNICATIONS, INC. d/b/a CORETEL COMMUNICATIONS, INC. et al. | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, the following entities may have an interest in the outcome of this case:

Landmark Media Enterprises, LLC (parent of Continental Broadband Holdings, LLC)

Continental Broadband Holdings, LLC (parent of Continental Broadband, LLC)

Continental Broadband, LLC (parent of Continental VisiNet Broadband, LLC)

DATED: March 30, 2009                    DAVIS WRIGHT TREMAINE LLP

By: ___/s/_____
    Joseph E. Addiego III

Attorneys for Defendant
CONTINENTAL VISINET BROADBAND, LLC, erroneously sued as CONTINENTAL VISINET BROADBAND, INC.