Martin L. Fineman (CA State Bar No. 104413)
Joseph E. Addiego III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
Email:  martinfineman@dwt.com
           joeaddiego@dwt.com

Attorneys for Defendant
CONTINENTAL VISINET BROADBAND, LLC,
erroneously sued as CONTINENTAL VISINET BROADBAND, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individually, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ADZILLA, INC.; CONDUCIVE CORPORATION; CONTINENTAL VISINET BROADBAND, INC.; CORE COMMUNICATIONS, INC. d/b/a CORETEL COMMUNICATIONS, INC. et al. <br><br> Defendants. | Case No. C09-00879 MMC <br><br> **DECLARATION OF CHARLES L. WATKINS IN SUPPORT OF MOTION OF CONTINENTAL VISINET BROADBAND, INC. TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION** <br><br> Date: May 15, 2009 <br> Time: 9:00 a.m. <br> Department: Courtroom 7, 19th Floor <br> The Hon. Maxine M. Chesney |

I, CHARLES L. WATKINS, declare as follows:

1. I am over the age of 21 years, am competent, and if called to testify, I will testify as to the facts in this Declaration from my personal knowledge.

2. I am the Chairman of Continental Visinet Broadband, LLC ("Continental").

3. Continental was originally formed under the name Continental Broadband, LLC, as a Delaware limited liability company. On April 15, 2003, Continental Broadband, LLC acquired substantially all of the assets of the "VisiNet" business, which was owned by E&J Acquisition LLC, a Virginia limited liability company. On December 19, 2003, Continental Broadband, LLC,

1
Declaration of Charles L. Watkins in support of Continental's Motion to Dismiss for Lack of Personal Jurisdiction
Case No. C09-00879 MMC
DWT 12636604v1 0101227-000004

Dockets.Justia.com

was merged with and into Continental VisiNet Broadband, Inc., a Virginia corporation formed ten days earlier. The Virginia corporation survived the merger, remaining a Virginia corporation. On August 25, 2008, Continental Visinet Broadband, Inc. converted to a Virginia limited liability company, now operating as Continental Visinet Broadband, LLC. Although the Plaintiff has named "Continental VisiNet Broadband, Inc., a Delaware Corporation" as a defendant, no such entity has ever existed.

4. Continental provides a wide range of Internet and data center services to its customers. The majority of Continental's revenues is derived from and focused on commercial, not residential, customers. Continental's principal business is data center and associated managed services. Continental's services include, among others, dialup internet access, website hosting, and "collocation" data center services. Website hosting involves providing the necessary infrastructure and technology to maintain a website. Collocation services involve, among other things, providing the capability to store and access data offsite and to maintain system servers in a secure offsite facility (i.e., a data center). Continental does not provide dialup or any other "last mile" Internet access service in California or, for that matter, anywhere on the West Coast.

5. Continental's principal place of business is in Richmond, Virginia. Continental owns no property, real or personal, in California. Continental does not have any offices in California, nor does it maintain a mailing address, phone number, or bank account in California. Continental does not maintain any facilities, network, or physical presence in California. Continental is not licensed to do business in California, it does not maintain any corporate books or records in California, and it does not pay taxes in California. It does not have any employees in California, nor does it have a registered agent in California.

6. After reviewing corporate and administrative records, I found no evidence that any Continental employee has ever visited California on business, nor made any marketing or sales trips to California. Continental has not engaged in any direct marketing activity in California in an effort to attract California customers.

7. After a good faith investigation of corporate and administrative records, which included an electronic search of customer records, I have determined that Continental has only

three active customers with billing addresses in California, none of whom were actively solicited by Continental in California. The first customer, Active Web Networks, was a customer of VisiNet who became a customer of Continental through the acquisition of the VisiNet business. Continental bills Active Web Networks approximately $200 per month for collocation and associated bandwidth services. The second customer, Zipidee, purchased the assets of one of Continental's sister companies, TotalVid (which was located in Virginia), which assets included the Continental contract. Subsequent to that acquisition, the billing address was changed from Virginia to California. Continental bills Zipidee $883 per month for collocation and hosting services. The third customer, Reach International, receives only an email address through Continental (commonly referred to as an email "mailbox"). Continental bills Reach International $120 per year, for an average of $10 per month for this service. None of these three customers receive any last mile Internet access, dialup or otherwise, through Continental. All three customers are served out of Continental's facilities in Richmond, Virginia. The total monthly billing for these three customers is approximately $1093. The total annual billing for these three customers is approximately $13,116.

8. The phrase "last mile" as used in internet-related industries, refers to that portion of the customer's connection to the internet that is located between the customer premise and the physical presence of the local Internet service provider (ISP). The technology to affect this portion of the customer's connection to a website on the world wide web may be any one of many available (e.g., dialup, cable modem). Continental does not provide last mile services by any technology to customers in California.

9. Continental does not have California customers for its dialup services because it does not maintain any facilities or networks for providing such services, nor does it have any relationships with third parties to provide those services in California. Continental outsources all of its dialup services to CoreTel Communications, Inc. ("CoreTel"). To the best of my knowledge, CoreTel does not have any facilities or networks in California, but rather provides services through independent subsidiary companies operating in Virginia, Maryland, Pennsylvania, New York, and Washington, D.C.

Declaration of Charles L. Watkins in support of Continental's Motion to Dismiss for Lack of Personal Jurisdiction
Case No. C09-00879 MMC
DWT 12636604v1 0101227-000004

10. Continental has no relationship, contractual or otherwise, with Adzilla, Inc. ("Adzilla"). Continental never authorized the use of any Adzilla products in servicing Continental's dialup customers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 30, 2009 at  Norfolk , Virginia.

*Charles L. Watkins*
Charles L. Watkins

Declaration of Charles L. Watkins in support of Continental's Motion to Dismiss for Lack of Personal Jurisdiction
Case No. C09-00879 MMC
DWT 12636604v1 0101227-000004