Martin L. Fineman (CA State Bar No. 104413)
Joseph E. Addiego III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com
joeaddiego@dwt.com

Attorneys for Defendant
CONTINENTAL VISINET BROADBAND, LLC,
Erroneously sued as CONTINENTAL VISINET BROADBAND, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC.; CONDUCIVE CORPORATION; CONTINENTAL VISINET BROADBAND, INC.; CORE COMMUNICATIONS, INC. d/b/a CORETEL COMMUNICATIONS, INC. et al.<br><br>Defendants. | Case No. C09-00879 MMC<br><br>**[PROPOSED] ORDER GRANTING CONTINENTAL VISINET BROADBAND, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>**Date:** May 15, 2009<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 7, 19th Floor<br><br>**The Hon. Maxine M. Chesney** |

[PROPOSED] ORDER ON CONTINENTAL'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION
Case No. C09-00879 MMC
DWT 12638857v1 0101227-000004

Dockets.Justia.com

DAVIS WRIGHT TREMAINE LLP

1  The Motion by Defendant CONTINENTAL VISINET BROADBAND, LLC, erroneously
2  sued as Continental Visinet Broadband, Inc., ("Continental") for itself and as successor to
3  Continental VisiNet Broadband, Inc, to Dismiss Plaintiffs First Amended Complaint for Lack of
4  Personal Jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure came on
5  for hearing before this Court on May 15, 2009 at 9:00 a.m. The parties were represented by their
6  respective counsel of record. After considering the submissions of the parties and argument of
7  counsel, the Court hereby orders that defendants motion is GRANTED.

8  DATED: _____, 2009

The Honorable Maxine M. Chesney
United States District Court Judge

Attorneys for Defendant
CONTINENTAL VISINET BROADBAND, LLC,
erroneously sued as CONTINENTAL VISINET
BROADBAND, INC.