| | |
|---|---|
| 1 | Schiff Hardin LLP |
| | Rocky N. Unruh, Bar No. 84049 |
| 2 | runruh@schiffhardin.com |
| | One Market, Spear Street Tower |
| 3 | Thirty-Second Floor |
| | San Francisco, CA  94105 |
| 4 | Telephone:   (415) 901-8700 |
| | Facsimile:   (415) 901-8701 |
| 5 | |
| | Arent Fox LLP |
| 6 | Michael B. Hazzard, D.C. Bar No. 483737 |
| | hazzard.michael@arentfox.com |
| 7 | 1050 Connecticut Avenue, NW |
| | Washington, DC 20036-5339 |
| 8 | Telephone:   (202) 857-6000 |
| | Facsimile:   (202) 857-6395 |
| 9 | |
| | Attorneys for Defendant |
| 10 | CORE COMMUNICATIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated, | | Case No.  C09-00879 MMC |
| | Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | | |
| ADZILLA, INC. (NEW MEDIA), a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a/ CORETEL COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1-50, Corporations Defendants, | | |
| | Defendants. | |

Plaintiff Susan Simon and defendant Core Communications, Inc. ("Core"), by and through their undersigned counsel, stipulate and agree that defendant Core, having been served with the

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. C09-00879 MMC

Dockets.Justia.com

Complaint in this matter on March 10, 2009, shall have a 30-day extension of time, to and including April 30, 2009, to answer, move, or otherwise respond to the Complaint.

Dated: April 13, 2009

KAMBEREDELSON, LLC

LAW OFFICES OF JOSEPH H. MALLEY, P.C.

By: _____
One of the attorneys for Plaintiff
Susan Simon

Dated: April 13, 2009

SCHIFF HARDIN LLP

ARENT FOX LLP

By: _____
One of the attorneys for Defendant
Core Communications, Inc.

SF\9331960.1