2

Schiff Hardin LLP
Rocky N. Unruh, Bar No. 84049
runruh@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Arent Fox LLP
Michael B. Hazzard (*pro hac vice* application to be filed)
hazzard.michael@arentfox.com
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone:   (202) 857-6000
Facsimile:    (202) 857-6395

Attorneys for Defendant
CORE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NEBUAD, INC., et al.,<br><br>Defendants. | Case No. CV08-05113 TEH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| SUSAN SIMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), et al,<br><br>Defendants. | Case No.  CV09-00879 MMC |

Pursuant to Civil L. R. 3-12, defendant Core Communications, Inc., a named defendant in *Simon, et al. v. Adzilla, Inc. et al.*, Case No. C09-00879 MMC, moves to have that case deemed related to an earlier-filed case in this district, *Valentine, et al. v. NebuAd, Inc., et al.*, Case No. CV-08-05113 TEH ("*Valentine*"). These cases should be deemed related for the following reasons:

    1. Although the cases involve different parties, they are both class actions brought by the same attorneys, alleging the same seven causes of action, arising out of "substantially the same event," namely, the alleged interception of plaintiffs' Internet transmissions using technologies that permit "Deep Packet Inspection." *Compare* Complaint in *Valentine*, p. 2 at ¶ 1 *with* Complaint in *Simon*, p. 3 at ¶ 3. Indeed, apart from the differences in the names of the parties, the complaints in both cases are nearly identical.

    2. These two cases raise novel legal claims challenging the alleged use of innovative technology to collect information from Internet transmissions, and for these reasons, it appears likely there would be an unduly burdensome duplication of labor and expense, and a risk of conflicting results, if they were heard by different judges.

For these reasons, the *Simon* case should be deemed related to the earlier-filed *Valentine* action, and reassigned to the Honorable Thelton E. Henderson.

Respectfully submitted,

Dated: April 21, 2009

SCHIFF HARDIN LLP

ARENT FOX LLP

By: _____
Rocky N. Unruh
Attorneys for Defendant CORE
COMMUNICATIONS, INC.

SF\9337929.2

- 2 -

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED