Schiff Hardin LLP
Rocky N. Unruh, Bar No. 84049
runruh@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

Arent Fox LLP
Michael B. Hazzard (*pro hac vice* application
to be filed)
hazzard.michael@arentfox.com
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone:    (202) 857-6000
Facsimile:    (202) 857-6395

Attorneys for Defendant
CORE COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NEBUAD, INC., et al.,<br><br>Defendants. | Case No. CV08-05113 TEH<br><br>**DECLARATION OF ROCKY N. UNRUH RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| SUSAN SIMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), et al,<br><br>Defendants. | Case No.  CV09-00879 MMC |

1    I, Rocky N. Unruh, do hereby declare and state:

2        1.    I am one of the attorneys for Core Communications, Inc., a defendant in

3    *Simon, et al. v. Adzilla, Inc. et al.*, Case No. C09-00879 MMC ("Simon"). I have personal

4    knowledge of the facts set forth in this declaration, and if called as a witness, I could and

5    would be competent to testify to these facts.

6        2.    Pursuant to Civil L.R. 7-11, I contacted Scott Kamber and Alan

7    Himmelfarb, plaintiffs' counsel of record in the *Simon* case, to request that they stipulate

8    to the *Simon* case being deemed related under Civil L.R. 3-12 to the earlier-filed case,

9    *Dan Valentine, et al., v. NebuAd, Inc.*, et al., Case No. CV08-05113 TEH ("*Valentine*").

10    Mr. Kamber and Mr. Himmelfarb are also plaintiffs' counsel of record in the *Valentine*

11    case. Plaintiffs' counsel would not stipulate.

12        I declare under penalty of perjury under the laws of the United States that the

13    foregoing is true and correct. Executed this _21_ day of April, 2009, in San Francisco,

14    California.

15

16

17                                    Rocky N. Unruh

18    SF\9348437.1

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**DECLARATION OF ROCKY N. UNRUH RE ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED**