2

Schiff Hardin LLP
Rocky N. Unruh, Bar No. 84049
runruh@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Arent Fox LLP
Michael B. Hazzard (*pro hac vice* application
to be filed)
hazzard.michael@arentfox.com
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Attorneys for Defendant
CORE COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>NEBUAD, INC., et al.,<br><br>        Defendants. | Case No. CV08-05113 TEH<br><br>**[Proposed] ORDER DETERMINING CASES TO BE RELATED** |
| SUSAN SIMON, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), et al,<br><br>        Defendants. | Case No. CV09-00879 MMC |

1  The Court has considered the administrative motion filed by defendant Core

2  Communications, Inc. to have the above two cases deemed related, and the opposition

3  filed by the plaintiffs in both actions. The Court has determined that the two cases should

4  be deemed related under Civil L.R. 3-12 because they arise out of a substantially same

5  event, involve identical legal claims, and it appears likely there will be an unduly

6  burdensome duplication of labor and expense, or conflicting results, if the cases are

7  conducted before different judges.

8  Therefore, for good cause shown, IT IS HEREBY ORDERED that the case of

9  *Simon, et al. v., Adzilla, Inc., et al.*, Case No. CV09-00879 MMC is deemed related to the

10  earlier-filed action of *Valentine, et al., v. NebuAd, Inc., et al.*, Case No. CV08-05113 THE

11  and should be and is hereby reassigned to the Honorable Thelton E. Henderson for all

12  purposes.

13

14  _____

15  Thelton E. Henderson
   United States District Court Judge
16  northern District of California

17  SF\9348461.1

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER DETERMINING CASES TO BE RELATED**