Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
Owen J. Rescher [SBN 214678] (orescher@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
CONDUCIVE CORPORATION

Alan Himmelfarb [SBN 90480] (ahimmelfarb@kamberedelson.com)
KAMBEREDELSON, LLC
2527 Leonis Boulevard
Vernon, CA 90058
Telephone: (323) 585-8696

Attorneys for Plaintiff
SUSAN SIMON, individual, on behalf of
herself and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC (NEW MEDIA), *et al.*<br><br>Defendants. | Case No.: 3:09-cv-00879 MMC<br><br>**SECOND STIPULATION EXTENDING THE TIME BY WHICH DEFENDANT CONDUCIVE CORPORATION MUST RESPOND TO THE COMPLAINT**<br><br>**Complaint filed: Feb. 27, 2009** |

IT IS HEREBY STIPULATED by and between:

Plaintiff Susan Simon, individual, on behalf of herself and all others similarly situated ("Plaintiff"), and defendant Conducive Corporation, through their undersigned counsel, as follows:

1. Plaintiff filed her Complaint in this action against defendant Conducive

1. Corporation and other defendants on February 27, 2009.

2. Plaintiff and defendant Conducive Corporation agree to extend the deadline by which defendant Conducive Corporation must respond to Plaintiff's Complaint in this action from April 24, 2009, to and including May 26, 2009.

3. This stipulation will not alter the date of any event or any deadline already fixed by Court Order.

**IT IS SO STIPULATED.**

Dated: April 23, 2009     KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By:     _/s/_____
        OWEN J. RESCHER
        Attorneys for Defendant
        Conducive Corporation


Dated: April 23, 2009     KAMBEREDELSON, LLC


By:     _/s/_____
        ALAN HIMMELFARB
        Attorneys for Plaintiff
        Susan Simon, individual, on behalf of herself and
        all others similarly situated[1]

---

[1] Concurrence in the filing of this document has been obtained by counsel for defendant Conducive Corporation.

SECOND STIPULATION EXTENDING THE TIME BY WHICH DEF. CONDUCIVE
CORP. MUST RESPOND TO THE COMPLAINT
CASE NO.: 3:09-cv-00879 MMC