Schiff Hardin LLP
Rocky N. Unruh, Bar No. 84049
runruh@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Arent Fox LLP
Michael B. Hazzard (*pro hac vice* application
to be filed)
hazzard.michael@arentfox.com
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Attorneys for Defendant
CORE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a/ CORETEL COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1-50, Corporations Defendants,<br><br>Defendants. | Case No. C09-00879 MMC<br><br>**SECOND STIPULATION EXTENDING TIME OF CORE COMMUNICATIONS, INC. TO RESPOND TO COMPLAINT** |

Plaintiff Susan Simon and defendant Core Communications, Inc. ("Core"), by and through their undersigned counsel, stipulate and agree that defendant Core shall have an additional 30-day

extension of time, to and including May 30, 2009, to answer, move, or otherwise respond to the Complaint.

This additional 30-day extension does not alter the date of any event or deadline already fixed by Court order.

Dated: April 23, 2009

KAMBEREDELSON, LLC

LAW OFFICES OF JOSEPH H. MALLEY, P.C.

By: _____
Alan Himmelfarb
Attorneys for Plaintiff
Susan Simon

Dated: April 23, 2009

SCHIFF HARDIN LLP

ARENT FOX LLP

By: _____
Rocky N. Unruh
Attorneys for Defendant
Core Communications, Inc.

SF\9352697.1