ALAN HIMMELFARB- SBN 90480
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Los Angeles, California 90058
t: 323.585.8696
f: 323.585.6195
ahimmelfarb@kamberedelson.com

JOSEPH H. MALLEY (*admitted pro hac vice*)
Law Office of Joseph H. Malley, PC
1045 North Zang Boulevard
Dallas, TX 75208
214-943-6100
malleylaw@gmail.com

*Attorneys for Plaintiff*
SUSAN SIMON and the putative class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC.; CONDUCIVE CORPORATION; CONTINENTAL VISINET BROADBAND, INC.; CORE COMMUNICATIONS, INC. d/b/a CORETEL COMMUNICATIONS, INC. et al.<br><br>Defendants. | Case No.: C09-00879-MMC<br><br>**STIPULATION REGARDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT CONTINENTAL VISINET, BROADBAND LLC'S MOTION TO DISMISS**<br><br>The Hon. Maxine M. Chesney |

Pursuant to Local Rule 6-1, Plaintiff and Defendant Continental Visinet Broadband LLC ("Continental Visinet") hereby stipulate and agree as follows:

1. The time for Plaintiff to file a response to Continental Visinet's Motion to Dismiss (Dkt. No. 9) is extended to May 22, 2009.

2. Plaintiff filed her complaint on February 27, 2009.

3. Continental Visinet filed its Motion to Dismiss on March 30, 2009.

4. This is the first request for an extension of time concerning a response to Continental Visinet's Motion to Dismiss.

5. The parties request this extension to allow Plaintiff and Defendant Continental Visinet to seek a non-judicial resolution of the matter through informal discussion, and, if necessary by way of alternative, coordinate responsive pleadings with other defendants in this matter.

6. Plaintiff previously stipulated with defendants Conducive, and CoreTel to provide these defendants additional time to file a responsive pleading or otherwise respond to Plaintiff's Complaint.

7. This requested time modification will require the Court to reschedule the hearing on Defendant Continental Visinet's Motion to Dismiss, which is currently scheduled for May 15, 2009 at 9:00 a.m. The parties propose that the Court reschedule the hearing for Friday, June 12, 2009 at 9:00 a.m., which date is presently scheduled for the Case Management Conference in this matter.

Dated: April 24, 2009      By: /s/
Alan Himmelfarb
KAMBEREDELSON, LLC
*Attorney for Plaintiffs*

Dated: April 24, 2009      By: /s/
Martin L. Fineman
DAVIS WRIGHT TREMAINE LLP
*Attorney for Defendant Continental Visinet Broadband LLC.*

ALAN HIMMELFARB- SBN 90480
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Los Angeles, California 90058
t: 323.585.8696
f: 323.585.6195
ahimmelfarb@kamberedelson.com

JOSEPH H. MALLEY (*admitted pro hac vice*)
Law Office of Joseph H. Malley, PC
1045 North Zang Boulevard
Dallas, TX 75208
214-943-6100
malleylaw@gmail.com

*Attorneys for Plaintiff*
SUSAN SIMON and the putative class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUSAN SIMON, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC.; CONDUCIVE CORPORATION; CONTINENTAL VISINET BROADBAND, INC.; CORE COMMUNICATIONS, INC. d/b/a CORETEL COMMUNICATIONS, INC. et al.<br><br>Defendants. | Case No.: C09-00879-MMC<br><br>**PROPOSED ORDER REGARDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT CONTINENTAL VISINET BROADBAND LLC'S MOTION TO DISMISS**<br><br>The Hon. Maxine M. Chesney |

1      Now before the Court is Plaintiff's and Defendant Continental Visinet Broadband LLC's

2 Stipulation Regarding Time for Plaintiff's Response to Defendant Continental Visinet's Motion to

3 Dismiss. Upon consideration of the stipulation, this Court is of the opinion that Plaintiff shall

4 have until May 22, 2009 to respond to Defendant Continental Visinet's Motion to Dismiss. The

5 hearing on Defendant Continental Visinet's Motion to Dismiss is hereby set for Friday, June 12,

6 2009 at 9:00 a.m.

7      PURSUANT TO STIPULATION, IT IS SO ORDERED.

10 DATED: _____

11                                                             By: _____

12                                                                 Hon. Maxine M. Chesney
                                                                 United States District Court