ALAN HIMMELFARB- SBN 90480
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Los Angeles, California 90058
t: 323.585.8696
f: 323.585.6195
ahimmelfarb@kamberedelson.com

JOSEPH H. MALLEY (*admitted pro hac vice*)
Law Office of Joseph H. Malley, PC
1045 North Zang Boulevard
Dallas, TX 75208
214-943-6100
malleylaw@gmail.com

*Attorneys for Plaintiff*
SUSAN SIMON and the putative class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC.; CONDUCIVE CORPORATION; CONTINENTAL VISINET BROADBAND, INC.; CORE COMMUNICATIONS, INC. d/b/a CORETEL COMMUNICATIONS, INC. et al.<br><br>Defendants. | Case No.: C09-00879-MMC<br><br>~~PROPOSED~~ **ORDER REGARDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT CONTINENTAL VISINET BROADBAND LLC'S MOTION TO DISMISS**; **CONTINUING HEARING**<br><br>The Hon. Maxine M. Chesney |

Now before the Court is Plaintiff's and Defendant Continental Visinet Broadband LLC's Stipulation Regarding Time for Plaintiff's Response to Defendant Continental Visinet's Motion to Dismiss. Upon consideration of the stipulation, this Court ~~is of the opinion~~ orders that Plaintiff shall have until May 22, 2009 to respond to Defendant Continental Visinet's Motion to Dismiss. The hearing on Defendant Continental Visinet's Motion to Dismiss is hereby set for Friday, June 12, 2009 at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 27, 2009

By: *Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Court