Simon v. Adzilla, Inc [New Media] et al                                                                Doc. 24

1  Schiff Hardin LLP
   Rocky N. Unruh, Bar No. 84049
2  runruh@schiffhardin.com
   One Market, Spear Street Tower
3  Thirty-Second Floor
   San Francisco, CA 94105
4  Telephone:    (415) 901-8700
   Facsimile:    (415) 901-8701
5
   Arent Fox LLP
6  Michael B. Hazzard (*pro hac vice* application
   to be filed)
7  hazzard.michael@arentfox.com
   1050 Connecticut Avenue, NW
8  Washington, DC 20036-5339
   Telephone:    (202) 857-6000
9  Facsimile:    (202) 857-6395

10 Attorneys for Defendant
   CORE COMMUNICATIONS, INC.

11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16

17 SUSAN SIMON, individual, on behalf of      Case No.  C09-00879 MMC
   herself and all others similarly situated,
18                                             **ADR CERTIFICATION BY PARTIES AND**
                    Plaintiffs,                **COUNSEL**
19
   v.
20
   ADZILLA, INC. (NEW MEDIA), a
21 Delaware Corporation; CONDUCIVE
   CORPORATION, a Delaware Corporation;
22 CONTINENTAL VISINET
   BROADBAND, INC., a Delaware
23 Corporation; CORE
   COMMUNICATIONS, INC., d/b/a/
24 CORETEL COMMUNICATIONS, INC., a
   Delaware Corporation; and DOES 1-50,
25 Corporations Defendants,

26                    Defendants.

27        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies

28 that he or she has:

ADR CERTIFICATION BY PARTIES AND COUNSEL

Dockets.Justia.com

1    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District

2    of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed

3    copies are available from the clerk's office for parties in cases not subject to the court's

4    Electronic Case Filing program (ECF) under General Order 45);

5    (2) Discussed the available dispute resolution options provided by the Court and private

6    entities; and

7    (3) Considered whether this case might benefit from any of the available dispute

8    resolution options..

9    Dated: May **21**, 2009                    CORE COMMUNICATIONS, INC.

10

11                                              By:_____

12                                                  Christopher Van de Verg

13   Dated: May **21**, 2009                    SCHIFF HARDIN LLP

14

15

16                                              By:_____
                                                    Rocky N. Unruh
17                                                  Attorneys for Defendant
                                                    Core Communications, Inc.
18
     SF\9374093.1
19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ADR CERTIFICATION BY PARTIES AND COUNSEL**