ALAN HIMMELFARB- SBN 90480
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Los Angeles, California 90058
t: 323.585.8696
f: 323.585.6195
ahimmelfarb@kamberedelson.com

JOSEPH H. MALLEY (*admitted pro hac vice*)
Law Office of Joseph H. Malley, PC
1045 North Zang Boulevard
Dallas, TX 75208
214-943-6100
malleylaw@gmail.com

*Attorneys for Plaintiff*
SUSAN SIMON and the putative class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC.; CONDUCIVE CORPORATION; CONTINENTAL VISINET BROADBAND, INC.; CORE COMMUNICATIONS, INC. d/b/a CORETEL COMMUNICATIONS, INC. et al.<br><br>Defendants. | Case No.: C09-00879-MMC<br><br>**SECOND STIPULATION REGARDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT CONTINENTAL VISINET BROADBAND LLC'S MOTION TO DISMISS AND TO CONTINUE HEARING DATE**<br><br>The Hon. Maxine M. Chesney |

  Pursuant to Civil Local Rule 6-1, Plaintiff and Defendant Continental Visinet Broadband LLC ("Continental Visinet") hereby stipulate and agree as follows:

  1. The time for Plaintiff to file a response to Continental Visinet's Motion to Dismiss (Dkt. No. 9) is extended to July 2, 2009.

Second Stipulation Regarding Time for Plaintiff's    1    Case No. 3:09-cv-00879-MMC
Response to Defendant Continental Visinet's Motion
to Dismiss and to Continue Hearing Date

2. Plaintiff filed her complaint on February 27, 2009.

3. Continental Visinet filed its Motion to Dismiss on March 30, 2009.

4. This is the second request for an extension of time concerning a response to Continental Visinet's Motion to Dismiss.

5. The parties request this extension to allow Plaintiff and Defendant Continental Visinet to finalize their discussions regarding a non-judicial resolution of the matter through informal discussions. The parties have agreed in principal to such a resolution and require additional time in which to finalize details to formally implement the non-judicial resolution as to Continental Visinet.

6. Plaintiff has entered into previous stipulations with defendants Conducive and CoreTel to provide these defendants additional time to file a responsive pleading or otherwise respond to Plaintiff's Complaint.

7. This requested time modification will require the Court to reschedule the hearing on Defendant Continental Visinet's Motion to Dismiss, which is currently scheduled for June 12, 2009 at 9:00 a.m. The parties propose that the Court reschedule the hearing for Friday, July 24, 2009 at 9:00 a.m.

Dated: May 21, 2009         By:   /s/
                            Alan Himmelfarb
                            KAMBEREDELSON, LLC
                            *Attorney for Plaintiffs*

Dated: May 21, 2009         By:   /s/
                            Martin L. Fineman
                            DAVIS WRIGHT TREMAINE LLP
                            *Attorney for Defendant Continental Visinet Broadband LLC.*

Second Stipulation Regarding Time for Plaintiff's            2            Case No. 3:09-cv-00879-MMC
Response to Defendant Continental Visinet's Motion
to Dismiss and to Continue Hearing Date

ALAN HIMMELFARB- SBN 90480
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Los Angeles, California 90058
t: 323.585.8696
f: 323.585.6195
ahimmelfarb@kamberedelson.com

JOSEPH H. MALLEY (*admitted pro hac vice*)
Law Office of Joseph H. Malley, PC
1045 North Zang Boulevard
Dallas, TX 75208
214-943-6100
malleylaw@gmail.com

*Attorneys for Plaintiff*
SUSAN SIMON and the putative class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUSAN SIMON, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC.; CONDUCIVE CORPORATION; CONTINENTAL VISINET BROADBAND, INC.; CORE COMMUNICATIONS, INC. d/b/a CORETEL COMMUNICATIONS, INC. et al.<br><br>Defendants. | Case No.: C09-00879-MMC<br><br>**PROPOSED ORDER REGARDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT CONTINENTAL VISINET BROADBAND LLC'S MOTION TO DISMISS**<br><br>The Hon. Maxine M. Chesney |

Proposed Order Granting Plaintiffs Time For Plaintiff's Response To Defendant Continental Visinet's Motion To Dismiss and to Continue Hearing Date

Case No. 3:09-cv-879-MMC

1  Now before the Court is Plaintiff's and Defendant Continental Visinet Broadband LLC's Stipulation Regarding Time for Plaintiff's Response to Defendant Continental Visinet's Motion to Dismiss. Upon consideration of the stipulation, this Court is of the opinion that Plaintiff shall have until July 2, 2009 to respond to Defendant Continental Visinet's Motion to Dismiss. The hearing on Defendant Continental Visinet's Motion to Dismiss is hereby set for Friday, July 24, 2009 at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

By: _____
Hon. Maxine M. Chesney
United States District Court

Proposed Order Granting Plaintiffs Time For Plaintiff's Response To Defendant Continental Visinet's Motion To Dismiss and to Continue Hearing Date

1

Case No. 3:09-cv-879-MMC