UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a/ CORETEL COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1-50, Corporations Defendants,<br><br>Defendants. | Case No. C09-00879 MMC<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: June 12, 2009

The following counsel will participate in the ADR phone conference:

| NAME | PARTY REPRESENTING | PHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| Alan Himmelfarb | Susan Simon, et al. | 323-585-8696 | ahimmelfarb@kamberedelson.com |
| Scott A. Kamber | Susan Simon, et al. | 646-964-9600 | skamber@kamberedelson.com |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF NEED FOR ADR PHONE CONFERENCE

| Rocky Unruh | Core Communications, Inc. | 415-901-8761 | runruh@schiffhardin.com |
| Michael Rhodes | Adzilla, Inc. | 858-550-6017 | rhodesmg@cooley.com |
| Beatriz Mejia | Adzilla, Inc. | 415-693-2145 | mejiab@cooley.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: May 22, 2009

KAMBER EDELSON, LLC.

By: /s/ Scott A. Kamber
Scott A. Kamber, Attorneys for Plaintiff
SUSAN SIMON, et al.

Dated: May 22, 2009

COOLEY GODWARD KRONISH, LLP

By: /s/ Beatriz Mejia
Beatriz Mejia, Attorneys for Defendant
ADZILLA, Inc.

Dated: May 22, 2009

SCHIFF HARDIN LLP

By: /s/ Rocky N. Unruh
Rocky N. Unruh
Attorneys for Defendant
CORE COMMUNICATIONS, INC.

SF\9374303.1