| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | ALAN HIMMELFARB- SBN 90480<br>KAMBEREDELSON, LLC<br>2757 Leonis Boulevard<br>Los Angeles, California 90058<br>t: 323.585.8696<br>f: 323.585.6195<br>ahimmelfarb@kamberedelson.com<br><br>JOSEPH H. MALLEY (*admitted pro hac vice*)<br>Law Office of Joseph H. Malley, PC<br>1045 North Zang Boulevard<br>Dallas, TX 75208<br>214-943-6100<br>malleylaw@gmail.com<br><br>*Attorneys for Plaintiff*<br>SUSAN SIMON and the putative class |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individually, on behalf of herself and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>ADZILLA, INC.; CONDUCIVE CORPORATION; CONTINENTAL VISINET BROADBAND, INC.; CORE COMMUNICATIONS, INC. d/b/a CORETEL COMMUNICATIONS, INC. et al.<br><br>   Defendants. | Case No.: C09-00879-MMC<br><br>~~PROPOSED~~ **ORDER REGARDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT CONTINENTAL VISINET BROADBAND LLC'S MOTION TO DISMISS**; **CONTINUING HEARING**<br><br>The Hon. Maxine M. Chesney |

| | |
|---|---|
| Proposed Order Granting Plaintiffs Time For Plaintiff's Response To Defendant Continental Visinet's Motion To Dismiss and to Continue Hearing Date | Case No. 3:09-cv-879-MMC |

1  Now before the Court is Plaintiff's and Defendant Continental Visinet Broadband LLC's
2  Stipulation Regarding Time for Plaintiff's Response to Defendant Continental Visinet's Motion to
3  Dismiss.  Upon consideration of the stipulation, this Court is of the opinion that Plaintiff shall
4  have until July 2, 2009 to respond to Defendant Continental Visinet's Motion to Dismiss.  The
5  hearing on Defendant Continental Visinet's Motion to Dismiss is hereby set for Friday, July ~~24~~, 31,
6  2009 at 9:00 a.m.
7       PURSUANT TO STIPULATION, IT IS SO ORDERED.

10 DATED: May 22, 2009

11       By: /s/ Maxine M. Chesney
12       Hon. Maxine M. Chesney
         United States District Court

Proposed Order Granting Plaintiffs Time For        1                Case No. 3:09-cv-879-MMC
Plaintiff's Response To Defendant Continental
Visinet's Motion To Dismiss  and to Continue
Hearing Date