| | |
|---|---|
| 1 | Christopher T. Holland [SBN 164053] (cholland@kksrr.com) |
| 2 | Owen J. Rescher [SBN 214678] (orescher@kksrr.com) |
| | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |
| 3 | 114 Sansome Street, 4th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 249-8330 |
| 5 | Facsimile: (415) 249-8333 |
| 6 | Richard S. Eisert (*pro hac vice* application to be filed) |
| | Holly Schrader (*pro hac vice* application to be filed) |
| 7 | DAVIS & GILBERT LLP |
| | 1740 Broadway |
| 8 | New York, NY 10019 |
| 9 | Telephone: (212) 468-4800 |
| | Facsimile: (212) 468-4888 |
| 10 | |
| 11 | Attorneys for Defendant |
| | CONDUCIVE CORPORATION (n/k/a adMarketplace Inc.) |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated, | ) | Case No.: 3:09-cv-00879 MMC |
| Plaintiffs, | ) | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | ) | |
| ADZILLA, INC (NEW MEDIA), *et al.* | ) | |
| Defendants. | ) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing Program (ECF) under General Order 45);*

---

ADR CERTIFICATION BY PARTIES AND COUNSEL
CASE NO.: 3:09-cv-00879 MMC

1       (2)    Discussed the available dispute resolution options provided by the Court and
2 private entities; and
3       (3)    Considered whether this case might benefit from any of the available dispute
4 resolution options.

Dated: May 22, 2009     CONDUCIVE CORPORATION (n/k/a adMarketplace Inc.)

By: /s/ Adam Epstein

Adam Epstein

President and COO, adMarketplace Inc.

Dated: May 22, 2009     KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: /s/ Owen J. Rescher

Owen J. Rescher, Esq.