Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
Owen J. Rescher [SBN 214678] (orescher@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Richard S. Eisert (*pro hac vice* application to be filed)
Holly Schrader (*pro hac vice* application to be filed)
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888

Attorneys for Defendant
CONDUCIVE CORPORATION (n/k/a adMarketplace Inc.)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ADZILLA, INC (NEW MEDIA), *et al.* <br><br> Defendants. | Case No.: 3:09-cv-00879 MMC <br><br> **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

---

NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO.: 3:09-cv-00879 MMC

| | | | |
|---|---|---|---|
| 1 | Counsel reports that counsel for Conducive Corporation (n/k/a adMarketplace Inc.) has |
| 2 | attempted to meet and confer with counsel for Plaintiff regarding ADR and that they: |
| 3 | <u>X</u>    have not yet reached an agreement to an ADR process |
| 4 | __    request an Early Settlement Conference with a Magistrate Judge |
| 5 | Date of Case Management Conference: June 12, 2009 |
| 6 | The following counsel will participate in the ADR phone conference: |

| Name | Party Representing | Phone No. | E-mail Address |
|---|---|---|---|
| Owen J. Rescher | Conducive Corp. (n/k/a adMarketplace Inc.) | (415) 318-3572 | orescher@kksrr.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (<u>adr@cand.uscourts.gov</u>) will notify you of the date and time of your phone conference.*

Dated: May 22, 2009        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


                    By:    __/s/_____
                           Owen J. Rescher, Esq.

                           Attorney for Defendant
                           CONDUCIVE CORPORATION
                           (n/k/a adMarketplace Inc.)

---

NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO.: 3:09-cv-00879 MMC