COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
GAVIN L. CHARLSTON (253899) (gcharlston@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
ADZILLA, INC.

KAMBEREDELSON, LLC
ALAN HIMMELFARB (90480) (ahimmelfarb@kamberedelson.com)
2527 Leonis Boulevard
Vernon, CA 90058
Telephone: (323) 585-8696

Attorneys for Plaintiff
SUSAN SIMON, an individual, on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, an individual on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADZILLA, INC. [NEW MEDIA], a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a CORETEL COMMUNICATIONS, INC., a Delaware Corporation; and JOHN DOES 1-50, Corporations Defendants,<br><br>Defendant. | Case No. 3:09-CV-00879 MMC<br><br>**STIPULATION EXTENDING TIME BY WHICH DEFENDANT ADZILLA, INC. MUST RESPOND TO THE COMPLAINT**<br><br>**Complaint Filed: Feb. 27, 2009** |

///

///

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1135129 v1/SF        1.        STIPULATION EXTENDING TIME BY WHICH DEF. ADZILLA, INC. MUST RESPOND TO THE COMPLAINT / CASE NO. 3:09-CV-00879 MMC

Dockets.Justia.com

Plaintiff Susan Simon, on behalf of herself and all others similarly situated ("Plaintiff"), and defendant Adzilla, Inc. ("Adzilla"), through their counsel, hereby stipulate as follows:

1. Plaintiff filed her Complaint in the above-captioned action against Adzilla and other defendants on February 27, 2009.

2. Plaintiff and Adzilla stipulated on May 6, 2009, to extend the deadline by which Adzilla must respond to Plaintiff's Complaint in this action to and including June 1, 2009.

3. In light of continuing discussions with Plaintiff's counsel, Plaintiff and Adzilla hereby agree to further extend the deadline by which Adzilla must respond to Plaintiff's Complaint in this action to and including June 15, 2009.

4. This stipulation will not alter the date of any event or any deadline already established by Court Order.

**IT IS SO STIPULATED.**

Dated: May 29, 2009  COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
BEATRIZ MEJIA (190948)
GAVIN L. CHARLSTON (253899)

/s/ Beatriz Mejia
Beatriz Mejia
Attorneys for Defendant
ADZILLA, INC.

Dated: May 29, 2009  KAMBEREDELSON, LLC[1]
ALAN HIMMELFARB (90480)

/s/ Alan Himmelfarb
Alan Himmelfarb
Attorneys for Plaintiff
SUSAN SIMON, an individual, on behalf of herself and all others similarly situated

---

[1] Concurrence in the filing of this document has been obtained from Plaintiff's counsel.