Alan Himmelfarb [SBN 90480]
KAMBEREDELSON, LLC
2527 Leonis Boulevard
Vernon, CA 90058
Telephone: (323) 585-8696
(ahimmelfarb@kamberedelson.com)

Joseph H. Malley (*admitted pro hac vice*)
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph. (214) 943-6100
Fax (214) 943-6170

Attorneys for Plaintiff
SUSAN SIMON, individual, on behalf of
herself and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC (NEW MEDIA), *et al.*<br><br>Defendants. | Case No.: 3:09-cv-00879 MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CONDUCIVE CORPORATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>**Complaint filed: Feb. 27, 2009** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses defendant CONDUCIVE CORPORATION, a Delaware Corporation, from the above-captioned case without prejudice.

Dated:  June 4, 2009   K<small>AMBER</small>E<small>DELSON</small>, LLC


By:   _/s/_____
 A<small>LAN</small> H<small>IMMELFARB</small>
 Attorneys for Plaintiff
 Susan Simon, individual, on behalf of herself and all others similarly situated

---

VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CONDUCIVE CORPORATION
CASE NO.: 3:09-cv-00879 MMC