Schiff Hardin LLP
Rocky N. Unruh, Bar No. 84049
runruh@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Arent Fox LLP
Michael B. Hazzard (*pro hac vice* application to be filed)
hazzard.michael@arentfox.com
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone:   (202) 857-6000
Facsimile:   (202) 857-6395

Attorneys for Defendant
CORE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a/ CORETEL COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1-50, Corporations Defendants,<br><br>Defendants. | Case No.  C09-00879 MMC<br><br>**DEFENDANT CORE COMMUNICATIONS, INC.'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:  February 27, 2009<br>Trial Date:  None Set |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT CORE COMMUNICATIONS, INC.'S DISCLOSURE STATEMENT AND CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS                                                        CASE NO. C09-00879 MMC

Dockets.Justia.com

### FED R. CIV. P. 7.1 DISCLOSURE STATEMENT

Plaintiff named Core Communications, Inc., d/b/a/ CoreTel Communications, Inc., as a defendant in this action. Core Communications, Inc. does not have a d/b/a/ of CoreTel Communications, Inc. Instead, Core Communications, Inc. is a wholly-owned subsidiary of CoreTel Communications, Inc. There is no public corporation owning 10% or more of CoreTel Communications, Inc.'s stock.

### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, the following entity may have an interest in the outcome of this case as owner of defendant Core Communications, Inc.: CoreTel Communications, Inc.

Dated: June 9, 2009

SCHIFF HARDIN LLP
ARENT FOX LLP

By: /s/ Rocky N. Unruh
Rocky N. Unruh
Attorneys for Defendant
Core Communications, Inc.

SF\9384978.1

- 2 -
DEFENDANT CORE COMMUNICATIONS, INC.'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. C09-00879 MMC

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO