IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN SIMON, individually and on behalf of all others similarly situated,

    Plaintiff,

    v.

ADZILLA, INC., et al.,

    Defendants.

No. C-09-0879 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court is in receipt of the Joint Case Management Conference Statement, filed June 5, 2009 by plaintiff and defendants Adzilla, Inc. ("Adzilla") and Core Communications, Inc. ("Core").[1]

In light of the pendency of Core's motion to dismiss, noticed for hearing July 10, 2009, and the agreement between plaintiff and Adzilla to extend the time for Adzilla's answer to June 15, 2009, the Case Management Conference currently scheduled for June 12, 2009 is hereby CONTINUED to August 21, 2009. A Joint Case Management Conference Statement shall be filed no later than August 14, 2009.

**IT IS SO ORDERED.**

Dated: June 9, 2009

                                                  MAXINE M. CHESNEY
                                                United States District Judge

---

[1] In the Joint Statement, plaintiff states defendant Continental VisiNet Broadband, Inc. likely will be dismissed.