IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADZILLA, INC. [NEW MEDIA], a Delaware Corporation, et al.,<br><br>Defendant. | CASE NO. 3:09-cv-00879-MMC<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Michael J. Aschenbrener, whose business address and telephone number is

KamberEdelson, LLC
350 N. LaSalle St., Suite 1300
Chicago, IL 60654    (312) 589-6370

and who is an active member in good standing of the bar of the Illinois Supreme Court, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: June 10, 2009

_____
Honorable Judge Maxine M. Chesney
United States District Judge