COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
GAVIN L. CHARLSTON (253899) (gcharlston@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
ADZILLA, INC.
(erroneously named herein as "ADZILLA, INC. [NEW MEDIA]")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADZILLA, INC. [NEW MEDIA], a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a CORETEL COMMUNICATIONS, INC., a Delaware Corporation; and JOHN DOES 1-50, Corporations Defendants,<br><br>Defendant. | Case No. 3:09-CV-00879 MMC<br><br>**DEFENDANT ADZILLA, INC.'S CERTIFICATION OF INTERESTED PARTIES**<br><br>**CIVIL L.R. 3-16** |

///

///

///

1134730 v1/SF                          1.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**DEFENDANT ADZILLA, INC.'S
CERTIFICATION OF INTERESTED PARTIES
CASE NO. 3:09-CV-00879 MMC**

1  Pursuant to Civil Local Rule 3-16 of the U.S. District Court for the Northern District of
2  California, Defendant Adzilla, Inc. certifies that as of this date it is affiliated with the following
3  entities:
4      4299701 Canada Inc.
5      Adzilla Canada Inc.
6  Adzilla certifies that no other affiliated entities have an interest in the outcome of this action.
7  Adzilla further reserves its right to supplement or modify this certification as needed.

Dated: June 15, 2009                COOLEY GODWARD KRONISH LLP
                                    MICHAEL G. RHODES (116127)
                                    BEATRIZ MEJIA (190948)
                                    GAVIN L. CHARLSTON (253899)

                                    /s/ Beatriz Mejia
                                    Beatriz Mejia
                                    Attorneys for Defendant
                                    ADZILLA, INC.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1134730 v1/SF                 2.

DEFENDANT ADZILLA, INC.'S
CERTIFICATION OF INTERESTED PARTIES
CASE NO. 3:09-CV-00879 MMC