IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN SIMON, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

ADZILLA, INC., et al.,

    Defendants.

No. C 09-0879 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY; VACATING HEARING ON DEFENDANT CORE COMMUNICATIONS, INC.'S MOTION TO DISMISS**

    Pursuant to Civil Local Rule 72-1, plaintiff's "Motion for Leave to Conduct Jurisdictional Discovery," filed June 19, 2009, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

    In light of the above, the July 10, 2009 hearing on defendant Core Communications, Inc.'s motion to dismiss is hereby VACATED and may re-noticed following a ruling on plaintiff's motion for leave to conduct jurisdictional discovery.

    **IT IS SO ORDERED**.

Dated: July 7, 2009

                               MAXINE M. CHESNEY
                               United States District Judge

---

[1] The July 31, 2009 hearing date before the undersigned is vacated.