Alan Himmelfarb - SBN 90480
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Vernon, California 90058
Telephone: (323) 585-8696

Joseph H. Malley - TX SBN: 12865900
LAW OFFICE OF JOSEPH H. MALLEY, P.C.
1045 North Zang Boulevard
Dallas, Texas 75208
Ph. (214) 943-6100
Fax (214) 943-6170

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADZILLA, INC. [NEW MEDIA], a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a CORETEL COMMUNICATIONS, INC., a Delaware Corporation; AND JOHN DOES 1-50, Corporations Defendants,<br><br>Defendants. | CASE NO. 3:09-cv-00879-MMC<br><br>**THIRD STIPULATION REGARDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT CONTINENTAL VISINET BROADBAND LLC'S MOTION TO DISMISS AND TO CONTINUE HEARING DATE**<br><br>The Hon. Maxine M. Chesney |

Pursuant to Civil Local Rule 6-1, Plaintiff and Defendant Continental Visinet Broadband LLC ("Continental Visinet") hereby stipulate and agree as follows:

1. The time for Plaintiff to file a response to Continental Visinet's Motion to Dismiss (Dkt. No. 9) is extended to August 7, 2009.

STIPULATION RE CONTINENTAL
VISINET MOTION TO DISMISS                                                  3:09-CV-00879-MMC

2. Plaintiff filed her complaint on February 27, 2009.

3. Continental Visinet filed its Motion to Dismiss on March 30, 2009.

4. This is the third request for an extension of time concerning a response to Continental Visinet's Motion to Dismiss.

5. The parties request this extension to allow Plaintiff and Defendant Continental Visinet to finalize their discussions regarding a non-judicial resolution of the matter through informal discussions. The parties have agreed in principal to such a resolution and require additional time in which to finalize details to formally implement the non-judicial resolution as to Continental Visinet.

6. This requested time modification will require the Court to reschedule the hearing on Defendant Continental Visinet's Motion to Dismiss, which is currently scheduled for July 31, 2009 at 9:00 a.m. The parties propose that the Court reschedule the hearing for Friday, August 28, 2009 at 9:00 a.m.

Dated: July 15, 2009          By: /s /
                              Alan Himmelfarb KAMBEREDELSON, LLC
                              *Attorney for Plaintiffs*

Dated: July 15, 2009          By: /s/
                              Martin L. Fineman DAVIS WRIGHT TREMAINE LLP
                              *Attorney for Defendant Continental Visinet Broadband LLC.*

Third Stipulation Regarding Time for Plaintiff's Response to Defendant Continental Visinet's Motion to Dismiss and to Continue Hearing        - 2 -        3:09-CV-00879-MMC