1  ALAN HIMMELFARB- SBN 90480
   KAMBEREDELSON, LLC
2  2757 Leonis Boulevard
   Los Angeles, California 90058
3  t: 323.585.8696
   f: 323.585.6195
4  ahimmelfarb@kamberedelson.com

5  JOSEPH H. MALLEY (*admitted pro hac vice*)
   Law Office of Joseph H. Malley, PC
6  1045 North Zang Boulevard
   Dallas, TX 75208
7  214-943-6100
   malleylaw@gmail.com
8
   *Attorneys for Plaintiff*
9  SUSAN SIMON and the putative class

10
                           **UNITED STATES DISTRICT COURT**
11
                          **NORTHERN DISTRICT OF CALIFORNIA**
12
                              **SAN FRANCISCO DIVISION**
13

14
   SUSAN SIMON, individually, on behalf of
15 herself and all others similarly situated,              Case No.: C09-00879-MMC

16            Plaintiffs,

17                                                        ~~PROPOSED~~ **ORDER REGARDING TIME**
        v.                                                **FOR PLAINTIFF'S RESPONSE TO**
18                                                        **DEFENDANT CONTINENTAL VISINET**
   ADZILLA, INC.; CONDUCIVE                               **BROADBAND LLC'S MOTION TO**
19 CORPORATION; CONTINENTAL VISINET                       **DISMISS AND TO CONTINUE HEARING**
   BROADBAND, INC.; CORE                                  **DATE**
20 COMMUNICATIONS, INC. d/b/a CORETEL
   COMMUNICATIONS, INC. et al.
21                                                        The Hon. Maxine M. Chesney

22

23            Defendants.

24

25

26

27

28
   Proposed Order Granting Plaintiffs Time
   For Plaintiff's Response To Defendant Continental
   Visinet's Motion To Dismiss and to Continue Hearing Date                                       1
                   No. C-09-0879 MMC

1
2
3
4
5
6
7

Now before the Court is Plaintiff's and Defendant Continental Visinet Broadband LLC's Stipulation Regarding Time for Plaintiff's Response to Defendant Continental Visinet's Motion to Dismiss.  Upon consideration of the stipulation, this Court is of the opinion that Plaintiff shall have until August 7, 2009 to respond to Defendant Continental Visinet's Motion to Dismiss. The hearing on Defendant Continental Visinet's Motion to Dismiss is hereby set for Friday, August 28, 2009 at 9:00 a.m.

8
9

PURSUANT TO STIPULATION, IT IS SO ORDERED.

10
11
12
13 DATED: __July 16, 2009_____

14
15

By: _____
Hon. Maxine M. Chesney
United States District Court

16
17
18
19
20
21
22
23
24
25
26
27
28

Proposed Order Granting Plaintiffs Time
For Plaintiff's Response To Defendant Continental
Visinet's Motion To Dismiss and to Continue Hearing Date
No. C-09-0879 MMC

2