Alan Himmelfarb- SBN 90480
Michael J. Aschenbrener (*admitted pro hac vice*)
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Los Angeles, California 90058
t: 323.585.8696
f: 323.585.6195
ahimmelfarb@kamberedelson.com

Joseph H. Malley (*admitted pro hac vice*)
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph. (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a/ CORE COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1-50, Corporations Defendants,<br><br>Defendants. | Case No. C09-00879 MMC (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE ON PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**<br><br>Date:         August 7, 2009<br>Time:        9:30 a.m.<br>Courtroom: A, 15th Floor<br>Judge:       Magistrate Judge<br>                  Joseph C. Spero |

STIPULATION AND [PROPOSED] ORDER               1             Case No. 09-cv-879-MMC (JS)
VACATING HEARING DATE ON PLAINTIFF'S
MOTION FOR LEAVE TO CONDUCT
JURISDICTIONAL DISCOVERY

Pursuant to Local Rule 6-2, Plaintiffs and Defendant Core Communications, Inc. ("Core") hereby stipulate and agree as follows:

1. Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery (Dkt. 43) is currently set for hearing on August 7, 2009 at 9:30 a.m. before Magistrate Judge Joseph C. Spero.

2. Plaintiff and Core request that this hearing date be vacated until after September 26, 2009 to give the parties the opportunity to pursue settlement discussions.

3. Plaintiff filed her complaint on February 27, 2009. (Dkt. 1).

4. Defendant Core filed its Motion to Dismiss for lack of jurisdiction on May 29, 2009. (Dkt. 32).

5. Plaintiff moved for leave to conduct jurisdictional discovery on June 19, 2009. (Dkt. 43).

6. Core filed an opposition to Plaintiff's motion on July 16, 2009. (Dkt. 51).

7. Plaintiff replied in support of her motion on July 28, 2009. (Dkt. 52).

8. This is the parties' first request for an extension of time concerning Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery. Judge Spero previously set the hearing time as August 7, 2009 at 9:30 a.m. (Dkt. 48).

9. Concerning other matters in the case, the parties first stipulated to extend former defendant Conducive Corp.'s time to respond to Plaintiff's Complaint on March 26, 2009 (Dkt. 7), April 23, 2009 (Dkt. 17), and May 21, 2009 (Dkt. 23). Conducive was later voluntarily dismissed from the suit on June 4, 2009. (Dkt. 35).

10. The parties stipulated to extend Core's time to respond to the Complaint on April 14, 2009 (Dkt. 13) and April 24, 2009 (Dkt 18). The Court later vacated the hearing on Core's motion to dismiss on July 7, 2009. (Dkt. 46).

11. Plaintiff stipulated to extend defendant Adzilla, Inc.'s time to respond to the Complaint on May 6, 2009 (Dkt. 22) and May 29, 2009 (Dkt. 32).

STIPULATION AND [~~PROPOSED~~] ORDER VACATING HEARING DATE ON PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY     2     Case No. 09-cv-879-MMC (JS)

12. The parties stipulated to extend Plaintiff's time to respond to defendant Continental VisiNet's Motion to Dismiss on April 24, 2009 (Dkt. 19), May 21, 2009 (Dkt. 25), and July 15, 2009 (Dkt. 49). The Court reset deadlines on said motion on May 22, 2009.

Dated: August 5, 2009　　　　　KAMBEREDELSON, LLC

By: s/ Michael J. Aschenbrener
　　MICHAEL J. ASCHENBRENER

Attorneys for Plaintiff

Dated: August 5, 2009　　　　　SCHIFF HARDIN LLP

By: s/ Rocky Unruh
　　ROCKY UNRUH

Attorneys for Defendant
Core Communications, Inc.

PURSUANT TO THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the hearing on Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery, currently scheduled for August 7, 2009, is hereby vacated.

Dated: August 6, 2009

HON. JO[SEPH C. SPERO]
United Sta[tes Magistrate Judge]

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

STIPULATION AND [PROPOSED] ORDER　　　3　　　Case No. 09-cv-879-MMC (JS)
VACATING HEARING DATE ON PLAINTIFF'S
MOTION FOR LEAVE TO CONDUCT
JURISDICTIONAL DISCOVERY