Alan Himmelfarb- SBN 90480
Michael J. Aschenbrener (*admitted pro hac vice*)
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Los Angeles, California 90058
t: 323.585.8696
f: 323.585.6195
ahimmelfarb@kamberedelson.com

Joseph H. Malley (*admitted pro hac vice*)
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph. (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated, | Case No. C09-00879 MMC (JS) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CMC** |
| v. | Date: August 21, 2009<br>Time: 10:30 a.m.<br>Courtroom: A, 15th Floor<br>Judge: Judge Maxine M. Chesney |
| ADZILLA, INC. (NEW MEDIA), a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a/ CORE COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1-50, Corporations Defendants, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC      1      Case No. 09-cv-879-MMC (JS)

Pursuant to Local Rule 6-2, Plaintiff, Defendant Adzilla, Inc. ("Adzilla"), Defendant Continental VisiNet Broadband ("Continental"), and Defendant Core Communications, Inc. ("Core") (collectively, "Defendants") hereby stipulate and agree as follows:

1. A Case Management Conference ("CMC") is scheduled for August 21, 2009 at 10:30 a.m. before Judge Chesney.

2. Plaintiff and Defendants request that this CMC be continued until after September 26, 2009 to give the parties the opportunity to pursue settlement discussions.

3. In addition to settlement discussions, continuing the CMC is appropriate because there are pending motions to dismiss that will not be heard until after August 21, 2009.

4. Plaintiff filed her complaint on February 27, 2009.  (Dkt. 1).

5. This is the parties' first request for an extension of time concerning the August 21, 2009 CMC.  The CMC was first scheduled for June 12, 2009.  (Dkt. 2).  The Court then continued it until August 21, 2009.  (Dkt. 39).

6. Concerning other matters in the case, the parties first stipulated to extend former defendant Conducive Corp.'s time to respond to Plaintiff's Complaint on March 26, 2009 (Dkt. 7), April 23, 2009 (Dkt. 17), and May 21, 2009 (Dkt. 23).  Conducive was later voluntarily dismissed from the suit on June 4, 2009.  (Dkt. 35).

7. The parties stipulated to extend Core's time to respond to the Complaint on April 14, 2009 (Dkt. 13) and April 24, 2009 (Dkt 18).  The Court later vacated the hearing on Core's motion to dismiss on July 7, 2009.  (Dkt. 46).

8. Plaintiff stipulated to extend defendant Adzilla, Inc.'s time to respond to the Complaint on May 6, 2009 (Dkt. 22) and May 29, 2009 (Dkt. 32).

9. The parties stipulated to extend Plaintiff's time to respond to defendant Continental VisiNet's Motion to Dismiss on April 24, 2009 (Dkt. 19), May 21, 2009 (Dkt. 25), and July 15, 2009 (Dkt. 49).  The Court reset deadlines on said motion on May 22, 2009.

//

//

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC             2             Case No. 09-cv-879-MMC (JS)

10. Plaintiff and Core stipulated to vacate the hearing until after September 26, 2009 on Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery on August 5, 2009. (Dkt. 54). Magistrate Judge Spero entered the stipulation on August 6, 2009. (Dkt. 55).

Dated: August 11, 2009         KAMBEREDELSON, LLC

                               By: Michael J. Aschenbrener
                                   MICHAEL J. ASCHENBRENER

                               Attorneys for Plaintiff


Dated: August 11, 2009         SCHIFF HARDIN LLP

                               By: s/ Rocky Unruh
                                   ROCKY UNRUH

                               Attorneys for Defendant
                               Core Communications, Inc.


Date: August 11, 2009          DAVIS WRIGHT TREMAINE

                               By: s/ Martin Fineman
                                   MARTIN FINEMAN

                               Attorneys for Defendant
                               Continental VisiNet Broadband, LLC


Date: August 11, 2009          COOLEY GODWARD KRONISH LLP

                               By: s/ Beatriz Mejia
                                   BEATRIZ MEJIA

                               Attorneys for Defendant
                               Adzilla, Inc.


//

//

//

STIPULATION AND [PROPOSED] ORDER           3                 Case No. 09-cv-879-MMC (JS)
CONTINUING CMC

1  PURSUANT TO THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Case

2  Management Conference, currently scheduled for August 21, 2009, is hereby continued.

3

4     Dated: _____            _____
                                        HON. MAXINE M. CHESNEY
5                                       United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER           4                    Case No. 09-cv-879-MMC (JS)
CONTINUING CMC