Martin L. Fineman (SBN 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6575
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

Attorneys for Defendant
CONTINENTAL VISINET BROADBAND, LLC,
Erroneously served as CONTINENTAL VISINET BROADBAND, INC.

Alan Himmelfarb [SBN 90480]
Michael Aschenbrener (admitted *pro hac vice*)
KAMBEREDELSON, LLC
2527 Leonis Boulevard
Vernon, CA 90058
Telephone: (323) 585-8696

JOSEPH H. MALLEY (*admitted pro hac vice*)
Law Office of Joseph H. Malley, PC
1045 North Zang Boulevard
Dallas, TX 75208
214-943-6100

Attorneys for Plaintiff
SUSAN SIMON, individual, on behalf of
herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), a Delaware Corporation; *et al.*<br><br>Defendants. | Case No. C09-00879 MMC (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CONTINENTAL VISINET BROADBAND, LLC**<br><br>Date: August 28, 2009<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

STIPULATION AND [PROPOSED] ORDER OF           1           Case No. 09-cv-879-MMC (JS)
VOLUNTARY DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT CONTINENTAL
VISINET BROADBAND, LLC

Dockets.Justia.com

1  IT IS HEREBY STIPULATED by and between:

2      Plaintiff Susan Simon, individual, on behalf of herself and all others similarly situated
3  ("Plaintiff"), and defendant Continental VisiNet Broadband, LLC ("Continental"), through their
4  undersigned counsel, as follows:

5      1.    Defendant Continental VisiNet Broadband, LLC shall be, and hereby is, voluntarily
6  dismissed without prejudice by Plaintiff.

7      2.    This stipulation will allow the Court to vacate the August 28, 2009 hearing on
8  Continental's Motion to Dismiss.

9  Dated: August 18, 2009

10                                   KAMBEREDELSON, LLC

11

12                                   By: s/ Michael J. Aschenbrener
                                      MICHAEL J. ASCHENBRENER

13                                 Attorneys for Plaintiff

14

15 Dated: August 18, 2009          DAVIS WRIGHT TREMAINE, LLP

16

17                                   By: s/ Martin L. Fineman
                                      MARTIN L. FINEMAN

18
19                                 Attorneys for Defendant
                                Continental VisiNet Broadband, LLC

20

21     PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Continental
22 VisiNet Broadband, LLC shall be, and hereby is, voluntarily dismissed without prejudice by
23 Plaintiff and the hearing on Continental's Motion to Dismiss, currently scheduled for August 28,
24 2009, is hereby vacated.

25     Dated: _____               _____
                                          HON. MAXINE M. CHESNEY
26                                           UNITED STATES DISTRICT JUDGE

27
28 STIPULATION AND [PROPOSED] ORDER OF    2    Case No. 09-cv-879-MMC (JS)
    VOLUNTARY DISMISSAL WITHOUT
    PREJUDICE OF DEFENDANT CONTINENTAL
    VISINET BROADBAND, LLC