Alan Himmelfarb- SBN 90480
Michael J. Aschenbrener (*admitted pro hac vice*)
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Los Angeles, California 90058
t: 323.585.8696
f: 323.585.6195
ahimmelfarb@kamberedelson.com

Joseph H. Malley (*admitted pro hac vice*)
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph.  (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a/ CORE COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1-50, Corporations Defendants,<br><br>Defendants. | Case No.  C09-00879 MMC (JS)<br><br>**SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER CONTINUING CMC**<br><br>Date:        August 21, 2009<br>Time:        10:30 a.m.<br>Courtroom:  7, 19th Floor<br>Judge:        Judge Maxine M. Chesney |

SUPPLEMENTAL STIPULATION AND
[PROPOSED] ORDER CONTINUING CMC

Case No. 09-cv-879-MMC (JS)

1 | Pursuant to Local Rule 6-2, Plaintiff, Defendant Adzilla, Inc. ("Adzilla"), Defendant Continental VisiNet Broadband ("Continental"), and Defendant Core Communications, Inc. ("Core") (collectively, "Defendants") hereby stipulate and agree as follows:

   1. On August 11, 2009, the parties filed a stipulation to continue the ("CMC") scheduled for August 21, 2009 at 10:30 a.m. before Judge Chesney. (Dkt. 55).

   2. On August 14, 2009, the Court ordered the parties to submit additional information in support of their stipulation to continue the CMC. (Dkt. 56).

   3. In addition to the reasons stated in their stipulation, the parties add that they have agreed to attempt to negotiate a settlement that will dispose of all claims against all parties within forty-five (45) days. In light of this, the parties feel it is appropriate to continue the CMC to allow the parties to continue negotiating.

   4. If the parties are unable to reach a deal that will dispose of this case in its entirety by September 26, 2009, then a CMC can be held promptly thereafter.

   5. Additionally, Plaintiff adds that her lead counsel is currently out of the country tending to personal matters until August 30, 2009, making it impossible for her lead counsel to participate in a CMC until after that date.

//
//
//
//
//
//
//
//
//
//

SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER CONTINUING CMC     1     Case No. 09-cv-879-MMC (JS)

Dated: August 18, 2009     KAMBEREDELSON, LLC

By: s/ Michael J. Aschenbrener
      MICHAEL J. ASCHENBRENER

Attorneys for Plaintiff

Dated: August 18, 2009     SCHIFF HARDIN LLP

By: s/ Rocky Unruh
      ROCKY UNRUH

Attorneys for Defendant
Core Communications, Inc.

Date: August 18, 2009     DAVIS WRIGHT TREMAINE

By: s/ Martin L. Fineman
      MARTIN L. FINEMAN

Attorneys for Defendant
Continental VisiNet Broadband, LLC

Date: August 18, 2009     COOLEY GODWARD KRONISH LLP

By: s/ Beatriz Mejia
      BEATRIZ MEJIA

Attorneys for Defendant
Adzilla, Inc.

PURSUANT TO STIPULATION, IT IS ORDERED: the Case Management Conference, currently scheduled for August 21, 2009, is hereby continued.

Dated: _____     _____
                          HON. MAXINE M. CHESNEY
                          United States District Judge

SUPPLEMENTAL STIPULATION AND         2         Case No. 09-cv-879-MMC (JS)
[PROPOSED] ORDER CONTINUING CMC