Alan Himmelfarb- SBN 90480
Michael J. Aschenbrener (*admitted pro hac vice*)
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Los Angeles, California 90058
t: 323.585.8696
f: 323.585.6195
ahimmelfarb@kamberedelson.com

Joseph H. Malley (*admitted pro hac vice*)
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph.  (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a/ CORE COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1-50, Corporations Defendants,<br><br>Defendants. | Case No.  C09-00879 MMC (JS)<br><br>**SUPPLEMENTAL STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CMC**<br><br>Date:          August 21, 2009<br>Time:          10:30 a.m.<br>Courtroom:  7, 19th Floor<br>Judge:         Judge Maxine M. Chesney |

Pursuant to Local Rule 6-2, Plaintiff, Defendant Adzilla, Inc. ("Adzilla"), Defendant Continental VisiNet Broadband ("Continental"), and Defendant Core Communications, Inc. ("Core") (collectively, "Defendants") hereby stipulate and agree as follows:

1.      On August 11, 2009, the parties filed a stipulation to continue the ("CMC") scheduled for August 21, 2009 at 10:30 a.m. before Judge Chesney.  (Dkt. 55).

2.      On August 14, 2009, the Court ordered the parties to submit additional information in support of their stipulation to continue the CMC.  (Dkt. 56).

3.      In addition to the reasons stated in their stipulation, the parties add that they have agreed to attempt to negotiate a settlement that will dispose of all claims against all parties within forty-five (45) days.  In light of this, the parties feel it is appropriate to continue the CMC to allow the parties to continue negotiating.

4.      If the parties are unable to reach a deal that will dispose of this case in its entirety by September 26, 2009, then a CMC can be held promptly thereafter.

5.      Additionally, Plaintiff adds that her lead counsel is currently out of the country tending to personal matters until August 30, 2009, making it impossible for her lead counsel to participate in a CMC until after that date.

//
//
//
//
//
//
//
//
//
//

1

2  Dated:  August 18, 2009                    KAMBEREDELSON, LLC

3                                             By: s/ Michael J. Aschenbrener
                                                   MICHAEL J. ASCHENBRENER
4
                                             Attorneys for Plaintiff
5

6  Dated:  August 18, 2009                    SCHIFF HARDIN LLP
7
                                             By: s/ Rocky Unruh
8                                                  ROCKY UNRUH

9                                             Attorneys for Defendant
                                             Core Communications, Inc.
10

11 Date:  August 18, 2009                     DAVIS WRIGHT TREMAINE
12
                                             By: s/ Martin L. Fineman
13                                                 MARTIN L. FINEMAN

14                                            Attorneys for Defendant
                                             Continental VisiNet Broadband, LLC
15

16 Date:  August 18, 2009                     COOLEY GODWARD KRONISH LLP
17
                                             By: s/ Beatriz Mejia
18                                                 BEATRIZ MEJIA

19                                            Attorneys for Defendant
                                             Adzilla, Inc.
20

21

22         PURSUANT TO STIPULATION, IT IS ORDERED: the Case Management Conference,

23 currently scheduled for August 21, 2009, is hereby continued. to October 9, 2009.  A Joint Case
   Management Statement shall be filed no later than October 2, 2009.
24

25     Dated:  August 18, 2009

26                                            HON. MAXINE M. CHESNEY
                                             United States District Judge
27

28