| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811) |
| | I. NEEL CHATTERJEE (State Bar No. 173985) |
| 2 | MONTE COOPER (State Bar No. 196746) |
| | THERESA A. SUTTON (State Bar No. 211857) |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025 |
| | Telephone:     650-614-7400 |
| 5 | Facsimile:      650-614-7401 |
| 6 | Attorneys for Plaintiff |
| | Facebook, Inc. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FACEBOOK, INC., | | Case No.  5:07-CV-01389-RS |
| | Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | | **EXHIBITS E, H, AND I TO DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION** |
| CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE and WINSTON WILLIAMS, | | |
| | Defendants. | |
| | | Date:    May 16, 2007 |
| | | Time:    9:30 a.m. |
| | | Judge:   Honorable Richard Seeborg |

# MANUAL FILING NOTIFICATION

1. **EXHIBITS E, H, AND I TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This document was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Items Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: May 2, 2007                                         ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                                              /s/
                                                                   Theresa A. Sutton
                                                                  Attorneys for Plaintiff
                                                                     Facebook, Inc.