**RECEIVED**
NOV 12 2009
RICHARD W. WIEKING
DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Susan Simon, individually, on behalf of herself and all others similarly situated

Plaintiff,

v.

Adzilla, Inc. [New Media], a Delaware Corporation, et al.

Defendant.
_____/

CASE NO. C09-00879 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David A. Stampley                    , whose business address and telephone number is

KamberEdelson, LLC, 11 Broadway, 22nd Floor, New York, NY 10004, (212) 920-3072

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing  Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 17, 2009


Maxine M. Chesny
United States District   Judge

United States District Court
For the Northern District of California