1  David C. Parisi, Esq. (SBN 162248)
   Suzanne Havens Beckman, Esq. (SBN 188814)
2  *dcparisi@parisihavens.com*
   *shavens@parisihavens.com*
3  PARISI & HAVENS LLP
   15233 Valleyheart Drive
4  Sherman Oaks, California  91403
   Telephone: (818) 990-1299
5  Facsimile: (818) 501-7852
6
7  David A. Stampley (admitted *pro hac vice*)
   Scott A. Kamber
8  dstampley@kamberlaw.com
   skamber@kamberlaw.com
9  KamberLaw, LLC
   11 Broadway, 22nd Floor
10 New York, New York 10004
   Telephone: 212.920.3072
11 Facsimile: 212.920-3081

12 Attorneys for plaintiffs,
   Individually, and on behalf of themselves and all
13 Others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUSAN SIMON, et al. | Case No. 09cv00879 MMC |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF FIRM AFFILIATION FOR COUNSEL OF RECORD** |
| ADZILLA, INC. [New Media], et al. | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1     YOU AND EACH OF YOU ARE HEREBY NOTIFIED that Scott A. Kamber, counsel for plaintiffs, has changed his firm.  The new firm name for Scott A. Kamber is KamberLaw, LLC and the address remains 11 Broadway, 22nd Floor, New York, NY 10004, Tel: (212) 920-3072, Fax: (212) 920-3081 and the email is now skamber@kamberlaw.com.

Dated: January 15, 2010          SCOTT A. KAMBER
                                     KAMBERLAW, LLC

                                     By:  ____s/Scott A. Kamber_____
                                       Attorneys for Plaintiffs