David C. Parisi, Esq. - SBN 162448
Suzanne Havens Bechman, Esq. – SBN 188814
*dcparisi@parisihavens.com*
*shavens@parisihavens.com*
PARISI & HAVENS, LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

David Stampley (admitted *pro hac vice*)
Scott A. Kamber
KamberLaw, LLC
*dstampley@kamberlaw.com*
*skamber@kamberlaw.com*
11 Broadway, 22nd Floor
New York, NY 10004
Telephone: (212) 920-3072
Facsimile: (212) 920-3081

Joseph H. Malley (*admitted pro hac vice*)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph. (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 3:09-cv-00879-MMC<br><br>**MICHAEL J. ASCHENBRENER'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**<br><br>Date: February 26, 2010<br>Time: 9:00 a.m.<br>Judge: The Hon. Maxine M. Chesney |

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Case No. 3:09-cv-00879-MMC

# NOTICE OF MOTION

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on Friday, February 26, 2010, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Maxine M. Chesney, United States District Judge, Courtroom 7, 19th Floor, of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California 94102, Michael J. Aschenbrener, of Edelson McGuire, LLC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654, shall and hereby does respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for Plaintiff Susan Simon.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to LOCAL R. 11-5, Michael J. Aschenbrener ("Movant") hereby notifies the parties and the Court of his intent to withdraw as counsel *pro hac vice* for Plaintiffs. Movant states the following grounds for this notice and motion:

1. This Court granted Movant leave to appear *pro hac vice* in this action pursuant to its June 10, 2009, Order.

2. Movant has represented Plaintiffs as part of his employment at KamberEdelson, LLC ("KamberEdelson"). However, KamberEdelson, LLC has changed its name and no longer represents any clients in this case. Scott A. Kamber and David Stampley, formerly of KamberEdelson and now of the law firm KamberLaw, LLC are actively involved in Plaintiff's litigation. Joseph H. Malley, of the Law Office of Joseph H. Malley and David Parisi of Parisi and Havens, LLP, also represent Plaintiff.

3. Movant's withdrawal will not cause any prejudice or delay in this case. All parties have counsel active in their representation, who will not require any additional time to review or acclimate to the absence of Movant as counsel *pro hac vice*.

4. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movant respectfully requests that

1 | the Court waive oral argument.

2 | THEREFORE, Movant Michael J. Aschenbrener respectfully requests that this Court waive oral argument on this Motion, grant him leave to withdraw as counsel *pro hac vice* in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated: January 15, 2010         Michael J. Aschenbrener
                                EDELSON MCGUIRE, LLC

                                By: s/ Michael J. Aschenbrener
                                    Attorney for Plaintiffs

**PROOF OF SERVICE**

The undersigned certifies that, on January 15, 2010, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

                        s/Michael J. Aschenbrener
                            Michael J. Aschenbrener

David C. Parisi, Esq. - SBN 162448
Suzanne Havens Bechman, Esq. – SBN 188814
*dcparisi@parisihavens.com*
*shavens@parisihavens.com*
PARISI & HAVENS, LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

David Stampley (admitted *pro hac vice*)
Scott A. Kamber
KamberLaw, LLC
*dstampley@kamberlaw.com*
*skamber@kamberlaw.com*
11 Broadway, 22nd Floor
New York, NY 10004
Telephone: (212) 920-3072
Facsimile: (212) 920-3081

Joseph H. Malley (*admitted pro hac vice*)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph. (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 3:09-cv-00879-MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Date:    February 26, 2010<br>Time:   9:00 a.m.<br>Judge:  The Hon. Maxine M. Chesney |

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF                Case No. 3:09-cv-00879-MMC

1 | Michael J. Aschenbrener seeks to withdraw as counsel *pro hac vice* for Plaintiff in the
2 | above-captioned litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-
3 | 700(A)(1).  As this Court finds that Mr. Aschenbrener has submitted satisfactory reasoning for
4 | withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to any
5 | party,
6 | IT IS HEREBY ORDERED that Michael J. Aschenbrener's Motion to Withdraw as Counsel
7 | for Plaintiff is GRANTED, and Michael J. Aschenbrener is hereby terminated as counsel *pro hac*
8 | *vice* in this proceeding.

DATED: _____  By: _____
Hon. Maxine M. Chesney
United States District Court

[PROPOSED] ORDER GRANTING MOTION TO    1    Case No. 3:09-cv-00879-MMC
WITHDRAW AS COUNSEL FOR PLAINTIFF