David C. Parisi, Esq. - SBN 162448
Suzanne Havens Bechman, Esq. – SBN 188814
*dcparisi@parisihavens.com*
*shavens@parisihavens.com*
PARISI & HAVENS, LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

David Stampley (admitted *pro hac vice*)
Scott A. Kamber
KamberLaw, LLC
*dstampley@kamberlaw.com*
*skamber@kamberlaw.com*
11 Broadway, 22nd Floor
New York, NY  10004
Telephone: (212) 920-3072
Facsimile: (212) 920-3081

Joseph H. Malley (*admitted pro hac vice*)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph.  (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 3:09-cv-00879-MMC<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF<br><br>Date:    February 26, 2010<br>Time:    9:00 a.m.<br>Judge:   The Hon. Maxine M. Chesney |

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Case No. 3:09-cv-00879-MMC

1  Michael J. Aschenbrener seeks to withdraw as counsel *pro hac vice* for Plaintiff in the
2  above-captioned litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-
3  700(A)(1).  As this Court finds that Mr. Aschenbrener has submitted satisfactory reasoning for
4  withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to any
5  party,
6  IT IS HEREBY ORDERED that Michael J. Aschenbrener's Motion to Withdraw as Counsel
7  for Plaintiff is GRANTED, and Michael J. Aschenbrener is hereby terminated as counsel *pro hac*
8  *vice* in this proceeding.

DATED: January 22, 2010        By: _____
                                   Hon. Maxine M. Chesney
                                   United States District Court

[PROPOSED] ORDER GRANTING MOTION TO        1            Case No. 3:09-cv-00879-MMC
WITHDRAW AS COUNSEL FOR PLAINTIFF