COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
GAVIN L. CHARLSTON (253899) (gcharlston@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
ADZILLA, INC.
(erroneously named herein as "ADZILLA, INC. [NEW MEDIA]")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, an individual on behalf of herself and all other similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>ADZILLA, INC. [NEW MEDIA], a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a CORETEL COMMUNICATIONS, INC., a Delaware Corporation; and JOHN DOES 1-50, Corporations Defendants,<br><br>               Defendant. | Case No.  3:09-CV-00879 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SECOND CASE MANAGEMENT CONFERENCE**; ORDER THEREON<br><br>Date:     January 29, 2010<br>Time:    10:30 a.m.<br>Judge:   Hon. Maxine M. Chesney |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1160396 v1/SF                                    1.                         **STIPULATION AND [PROPOSED] ORDER
                                                                              TO CONTINUE FURTHER CMC
                                                                              CASE NO. 3:09-CV-00879 MMC**

1    Pursuant to Local Rule 6-2, Plaintiff Susan Simon ("Simon") and Defendant Adzilla, Inc.
2 ("Adzilla") hereby stipulate and agree as follows:

3    1.   An initial Case Management Conference ("CMC") was held in the above-
4 captioned action on October 9, 2009.  At that hearing the Court ordered a second CMC for
5 January 29, 2010 at 10:30 a.m., and also ordered that the parties complete private mediation by
6 January 29, 2010.

7    2.   Simon and Adzilla stipulate and request that the second CMC and mediation
8 deadline be continued four weeks, to February 26, 2010, for the following reasons.

9    3.   The parties have been engaged in settlement discussions, but those discussions
10 have slowed because one of Adzilla's primary employees is currently undergoing treatment for a
11 serious medical condition.  That individual is the only available resource for analyzing Simon's
12 technical claims, and his input is necessary to prepare for mediation and determine whether
13 settlement at mediation or otherwise will be feasible.

14    4.   Continuation of the second CMC for an additional four week period will enable
15 the parties to advance their settlement discussions and participate in mediation, if necessary.

16    5.    In the event the parties are unable to resolve the case through mediation or
17 otherwise within the next four weeks, they will be prepared to attend the second CMC on or after
18 February 26, 2010.

Dated: January 22, 2010                COOLEY GODWARD KRONISH LLP
                                       MICHAEL G. RHODES
                                       BEATRIZ MEJIA
                                       GAVIN L. CHARLSTON


                                       /s/ Gavin L. Charlston
                                       _____
                                       Gavin L. Charlston
                                       Attorneys for Defendant
                                       ADZILLA, INC.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1160396 v1/SF         2.         STIPULATION AND [PROPOSED] ORDER
                                 TO CONTINUE SECOND CMC
                                 CASE NO. 3:09-CV-00879 MMC

1  Dated: January 22, 2010                KAMBERLAW LLC
                                          SCOTT KAMBER
2                                         DAVID A. STAMPLEY

3
                                          /s/ Scott Kamber
4                                         _____
                                          Scott Kamber
                                          Attorneys for Plaintiff
5                                         SUSAN SIMON

6

7

8  PURSUANT TO STIPULATION, IT IS SO ORDERED: That the second Case Management

9  Conference and private mediation deadline, both currently scheduled for January 29, 2010, are

10 hereby continued to ~~Specifically, the deadline to complete private mediation is continued to~~
   February 26, 2010, and the Case Management Conference is continued to March 12, 2010.
11 A Joint Case Management Statement shall be filed no later than March 5, 2010.

12 DATED: January 25, 2010                _____
                                          HON. MAXINE M. CHESNEY
13                                        United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1160396 v1/SF       3.       **STIPULATION AND [PROPOSED] ORDER
                              TO CONTINUE SECOND CMC
                              CASE NO. 3:09-CV-00879 MMC**