COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
GAVIN L. CHARLSTON (253899) (gcharlston@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
ADZILLA, INC.
(erroneously named herein as "ADZILLA, INC. [NEW MEDIA]")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, an individual on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADZILLA, INC. [NEW MEDIA], a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a CORETEL COMMUNICATIONS, INC., a Delaware Corporation; and JOHN DOES 1-50, Corporations Defendants,<br><br>Defendant. | Case No. 3:09-CV-00879 MMC<br><br>**STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION**<br><br>AND ORDER THEREON |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1168135 v1/SF

**STIPULATION AND
REQUEST FOR DISMISSAL
CASE NO. 3:09-CV-00879 MMC**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-captioned action, pursuant to a confidential settlement agreement. Pursuant to Federal Rule of Civil Procedure 41(a), the parties respectfully request that this case be dismissed.

Dated: March 23, 2010

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES
BEATRIZ MEJIA
GAVIN L. CHARLSTON

/s/ Gavin L. Charlston
Gavin L. Charlston
Attorneys for Defendant
ADZILLA, INC.

Dated: March 23, 2010

KAMBERLAW LLC
SCOTT A. KAMBER (admitted *pro hac vice*)
DAVID A. STAMPLEY (admitted *pro hac vice*)

/s/ Scott A. Kamber
Scott A. Kamber
Attorneys for Plaintiff
SUSAN SIMON

Dated: March 24, 2010



IT IS SO ORDERED
Judge Maxine M. Chesney

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1168135 v1/SF

1.

STIPULATION AND
REQUEST FOR DISMISSAL
CASE NO. 3:09-CV-00879 MMC